UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

FARM FRESH DIRECT
BY A CUT ABOVE LLC,

    Plaintiff,

v.

STEVEN DOWNEY, et al.,

Civil Action No.: 17-1760-ELH

## RESPONSE IN OPPOSITION OF MOTION TO DISMISS

Plaintiff's (Farm Fresh Direct by A Cut Above) Motion to Dismiss (ECF #34) filed on 11/6/2017 should be denied.

### ARGUMENT

"Downey" (Defendant) has offered the court several causes of action along with documented evidence provided to the Court of the Plaintiff's illegal actions taken against the Defendant. The Defendant's complaint is not grossly deficient.

Furthermore, "Downey" (Defendant) does not lack standing to pursue claims against Farm Fresh Direct (Plaintiff), Larry Everett, or Fabian. The Plaintiff's counsel has misrepresented to the courts that the Defendant lacks the standing to bring this action against the Plaintiff. The Defendant has not violated the Bankruptcy Code, Bankruptcy Rules and Federal Rules. The Bankruptcy Trustee is fully aware of all pending claims and the appropriate pleadings have been amended and updated within my Chap 7 BK filing to reflect such standing. You may find the pleadings(schedule A/B) which clearly reflects my standing to bring this action against the Plaintiff within my BK Case 17-20524 marked as ECF #31 filed on November 13, 2017. Defendant has always asserted to Plaintiff's counsel that I asserted my claims with the Bankruptcy Court as originally noted on line 30 of Schedule A/B under "Other Amounts someone owes You. On 11/13/2017, amended Schedules A/B were filed and all claims were well documented with the courts as Farm Fresh Direct by A Cut Above, Larry Everett, Patty Everett, Alan Fabian were all added to line 34 of Schedules A/B. Please see attached Amended Pleadings, Exhibit #1.

"Downey" (Defendant) claims are not compulsory at all. The matters brought to surface in Downey's (Defendant's) motion covers the very serious actions taken by an "Employer" against an "Employee" that occurred approximately 44 days after employee ("Downey") had been

working and producing income for employer ("Farm Fresh Direct"). Those actions, through force by employer ("Farm Fresh Direct"), directly resulted in the ratified version of the *"Independent Representative Agreement & Non-Compete Agreement"*, which was the basis for the Civil Action No.: 17-1760-ELH. Those actions by Employer (Farm Fresh Direct) have and continue to have a tremendous financial impact on "Downey" (Defendant). The *"Independent Representative Agreement & Non-Compete Agreement"*, which was obtained by employer through grossly illegal and very deceptive *conduct, continues to harm "Downey" (Defendant) by not allowing "Downey" (Defendant) to* participate in the economy. This agreement in which I think the courts will ultimately rule unenforceable covers a" tri-state region" & the "District of Columbia" precluding "Downey" from partaking in the economy causing damages across the board in "Downey's" life.

Taking aside for the moment, the unconscionable and ill-willed manner in which the employer (Farm Fresh Direct) gained access to the *"Independent Representative Agreement & Non-Compete Agreement"*, the document itself is highly flawed(i.e. reference more specifically Count I, Count II, Count III and Count V of the *"(Amended Motion To Request Hearing and/or Declare "Independent Representative Agreement" & "Non -Compete Agreement" a Fraudulent, Unenforceable & Illegal Document which forced signing took place under duress and HEREBY COUNTERCLAIMS))* of the motion and counter claim filed on November 2, 2017.

On June 26, 2017, "Farm Fresh Direct"(Plaintiff), filed suit against Defendants Steven E. Downey; Clipper City Lending; LLC; Farm Fresh Direct Home Food Services, LLC; and Jessica M. Sinsky, alleging, *inter alia,* unfair competition in violation of the Lanham Act, as amended, 15 U.S.C.§§1501, *et seq*.ECF1

On July 19, 2017, "Downey" (Defendant) filed timely answers to complaint on July 19th, 2017 at 11:12 A.M. See attached *"Answers to Complaint"* time stamped by this Honorable Court July 19th, 2017 i.e. **Exhibit #1.** Mr. Downey, at the time of filing those answers on July 19, 2017 "Pro Se", thought that his "Answers to Complaint" were sufficed for all three Defendants (i.e. "Downey"; "FFDHFS"; & "Clipper City"). Due to Defendants lack of knowledge (i.e. "Pro Se"

2

Defense), I was unaware that I had to list all three Defendants on the last page of the filing under the date in order for this Honorable Court to note the answers were on behalf of all three Defendants. I would like this Honorable Court to take note of two things, i.e.( "Downey in his answers in paragraphs 17-30 and also in the prayer for relief refers to "Defendants" suggesting he was filing answers for both entities and also himself; Furthermore, I would ask this Honorable Court to note that page 1 of "Answers to Complaint", clearly identifies only the following Defendants(i.e. Steven Downey, Clipper City Lending, LLC & Farm Fresh Direct Home Food Services, LLC) also suggesting that the "Answers to Complaint" were on behalf of all three Defendants. The Court will also take notice that Jessica M. Sinsky was not listed on page 1 further suggesting that "Downey" truly thought the "Timely Answers" filed on July 19, 2017 were on behalf of three defendants. Due to the nature of these allegations, I would ask the courts for some latitude as I am 'Pro Se" in this matter and this was my first time filing answers to a civil complaint "Pro Se".

On July 26, 2017 very shortly thereafter the filing of my "Answers to Complaint" on July 19, 2017, this Honorable Court issued a "Memorandum". By Order of July 26, 2017(ECF11), the Court reminded defendants that individuals who are parties in civil cases may only represent themselves and that all parties other than individuals, including limited liability companies, must be represented by counsel.

On November 2nd, 2017, Defendant Downey filed *(Amended Motion To Request Hearing and/or Declare "Independent Representative Agreement" & "Non -Compete Agreement" a Fraudulent, Unenforceable & Illegal Document which forced signing took place under duress and HEREBY COUNTERCLAIMS)* with this Honorable Court. In light of this pending motion and counterclaim, there are very serious issues brought to surface regarding

the conduct and mischievous and deceitful behavior of the "Farm Fresh Direct" (Plaintiff) in the motion and counterclaim filed November 2nd, 2017. I would like to point out to this Honorable Court, this conduct which resulted in ratification of the *"Independent Representative Agreement"* & *"Non -Compete Agreement"* took place on April 5, 2017. Furthermore, the motion addresses issues that occurred well before the formation of the articles of organization on April 25, 2017 on behalf of "FFDHFS" (Defendant) and also well before the wrongful termination of employment that took place on June 14, 2017 of Steven E. Downey (Defendant).

In my Bankruptcy pleadings, I have declared on record with the Bankruptcy Trustee at my "Meeting of Creditors" pending future claims against "Farm Fresh Direct by a Cut Above, LLC, Larry Everett, Alan Fabian & Patty Everett which will possibly result from the non-factual allegations brought against Defendants in this Civil Action No.:17-1760-ELH. My pleadings reflect the open claims accordingly.

## PRAYER FOR RELIEF

WHEREFORE, Defendant demands judgment against Plaintiff ("Farm Fresh Direct") for the Plaintiff's "Motion to Dismiss" to be denied.

Dated: April 16, 2018.

Steven Downey
Defendant, Pro Se
5 Northampton Road
Timonium, MD 21093
410-718-2212
sdowney@clippercitylending.com
sdowney@clippercitylending.com

4

# 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury

- US Code
- Notes
- Authorities (CFR)

**§ 1746.**

**Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

**(1)**

If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16th, 2018

*[signature]*

Steven E. Downey

**(2)**

If executed within the United States, its territories, possessions, or commonwealths: **"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed on April 16th, 2018

*[signature]*

Steven E. Downey

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of April, 2018, a copy of the foregoing "Response in Opposition of Motion to Dismiss" was mailed first class postage prepaid to:

J. Stephen Simms (#4269)
Marios J. Monopolis (#29177)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
410-783-5795
jssimms@simmsshowers.com
mjmonopolis@simmsshowers.com

*Counsel for Plaintiff*

Steven Downey
Defendant

Steven C. Downey